UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 15-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as Northborough Chief of Police,

    Defendant

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the Defendant Mark K. Leahy, in his official capacity as Northborough Chief of Police.

DEFENDANT,

CHIEF OF POLICE MARK K. LEAHY,

By his attorney,

/s/ Janelle M. Austin
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
jaustin@k-plaw.com

CERTIFICATE OF SERVICE

    I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

519958/NBOR/0001