UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 15-40048-TSH

| | |
|---|---|
| ALFRED MORIN,<br><br>    Plaintiff<br><br>v.<br><br>MARK K. LEAHY, in his official capacity as Northborough Chief of Police,<br><br>    Defendant | DEFENDANT CHIEF OF POLICE MARK K. LEAHY'S ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

    Now comes the defendant, Mark K. Leahy ("Chief Leahy"), in his official capacity as Town of Northborough Chief of Police, and hereby respectfully requests, with the plaintiff's assent, that the time for responding to the above-captioned Complaint be extended up to and including May 8, 2015.

    As grounds for this Motion, Chief Leahy states as follows:

1. The Complaint in this case was filed on March 25, 2015 and Chief Leahy was served on March 27, 2015.

2. Chief Leahy's response to the Complaint is currently due on April 17, 2015.

3. The Complaint alleges violations of the Second Amendment based on Chief's Leahy's denial of the plaintiff's license to carry firearms based on a statutory disqualifier pursuant to G.L. c. 140, §131(d).

4. Additional time is necessary for counsel to review the plaintiff's constitutional claims to formulate a reasonable response to the Complaint and evaluate its defenses.

5. No party will be prejudiced by the allowance of this Motion and the plaintiff, through counsel, has assented to the extension.

WHEREFORE, Chief Leahy respectfully requests that the time for responding to the Complaint be extended up to and including May 8, 2015.

DEFENDANT,

CHIEF OF POLICE MARK K. LEAHY,

By his attorneys,

/s/ Brian Riley
David J. Doneski (BBO# 546991)
Brian W. Riley (BBO# 555385)
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
briley@k-plaw.com
jaustin@k-plaw.com

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for the above defendant hereby certifies that defense counsel, Janelle M. Austin, conferred with plaintiff's counsel regarding the filing of this motion on April 14, 2015 and the plaintiff, through counsel, has assented to the Motion.  /s/Brian Riley.

CERTIFICATE OF SERVICE

I, Brian Riley, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Brian Riley

519918/NBOR/0001