COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-cv-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

ASSENTED-TO MOTION TO CONTINUE JULY 14, 2015 SCHEDULING CONFERENCE

Now comes the defendant, Mark K. Leahy, Northborough Chief of Police, and hereby respectfully requests, with the plaintiff's assent, that the July 14, 2015 Scheduling Conference in the above-captioned case be rescheduled for a date after August 3, 2015.[1] As grounds therefore, the Chief states as follows:

1. The Complaint in this case was filed on March 25, 2015. In the Complaint, the plaintiff challenges the constitutionality of the Massachusetts Firearms Licensing Statute, G.L. c. 140, and asserts that the denial of a firearms license to any person having non–violent, misdemeanor convictions involving a firearm violates an individuals' right to posses a handgun and ammunition for defense of hearth and home secured by the Second Amendment to the United States Constitution.

2. The Chief filed an Answer to the Complaint on May 7, 2015.

3. Undersigned counsel for the Chief will be on vacation and out of state from July 10, 2015 until July 20, 2015.

4. In addition, the parties have also separately requested review of this matter by the Commonwealth, through the Attorney General's Office, who the plaintiff has provided a copy of the Complaint, to determine whether the Commonwealth will intervene in the

---

[1] Counsel for the plaintiff is not available on August 5, 6, 10, 11, 14, 21 or 26, 2015. Counsel for the Town is not available on August 7, 18 or 27, 2015.

case, since this case challenges the constitutionality of the Massachusetts Firearms Licensing Statute, G.L. c. 140.

5. Since the Chief was served with the Complaint, counsel for the Chief has, in good faith, reached out to the Attorney General's Office on numerous occasions in an attempt to confirm whether the Commonwealth will voluntarily intervene in the case. To date, the Attorney General's office has not confirmed the Commonwealth's position with respect to intervention and coordination of this issue requires additional time.

6. Allowance of this brief continuance of the Scheduling Conference to a date in August provides the Chief with additional time to try and coordinate the Commonwealth's role in the case and furthers the interests of judicial economy.

7. No party will be prejudiced by the allowance of this Motion, which the plaintiff has assented to.

WHEREFORE, the defendant, with the plaintiff's assent, respectfully requests that this Court continue the Scheduling Conference currently scheduled for July 14, 2015 to a date convenient to the Court.

DEFENDANT,
Mark K. Leahy, Northborough Chief of Police

By his attorneys,

/s/ Janelle M. Austin
David J. Doneski (BBO# 546991)
Brian W. Riley (BBO# 555385)
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
briley@k-plaw.com
jaustin@k-plaw.com

CERTIFICATE OF SERVICE

I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

CERTIFICATE OF CONFERRAL

I, the undersigned, hereby certify that the provisions of Local Rule 7.1(A)(2) have been complied with prior to filing this Motion.  I also certify that counsel for the Chief conferred with plaintiff's counsel regarding this Motion, and following said conferral, counsel for the plaintiff has assented to the within Motion.  /s/ Janelle M. Austin

525783/NBOR/0147