COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

## PARTIES' JOINT STATEMENT UNDER LOCAL RULE 16.1(D)

In compliance with United District Court for the District of Massachusetts Local Rule 16.1(D) and this Court's Order, counsel for the parties have conferred for the purpose of preparing the within Joint Statement for the Scheduling Conference of August 17, 2015.

**1.** **Motion to Intervene**

In this case, the plaintiff challenges the constitutionality of the Massachusetts Firearms Licensing Statute, G.L. c. 140, §§131 and 129B. As a result, the Commonwealth of Massachusetts has indicated that it intends to intervene in this case to defend the constitutionality of the statute and intends to file its Motion to Intervene in advance of the Scheduling Conference. The Chief of Police and the Plaintiff assent to the Commonwealth's Motion to Intervene. In the event that the Commonwealth does not intervene in a timely manner, the Police Chief will move to dismiss the case and/or to add the Commonwealth as a necessary party to the litigation pursuant to pursuant to G.L. c. 231A, §8 and 28 U.S.C. §2403 to defend the constitutionality of the statute.

**2.     Joint Discovery Plan**

   A. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 1, 2015.

   B. **Amendments to Pleadings.**  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after September 30, 2015.

   C. **Fact Discovery.**

   a. All fact discovery to be completed by October 30, 2015.

   b. Discovery motions, if any, shall be filed by November 15, 2015.

   D. **Expert Discovery.**  Not applicable.

**3.     Dispositive Motions**

   At this juncture, the parties believe that this dispute is amenable to resolution by motions for summary judgment.

   a. Plaintiff will file his motion for summary judgment no later than December 1, 2015.

   b. In the event that intervention is permitted, the Commonwealth shall file its opposition to plaintiff's motion for summary judgment and/or cross-motion for summary judgments by January 4, 2016 to actively defend the constitutionality of the Firearms Licensing Statute, as asserted in its Motion to Intervene.

   c. The defendant Police Chief Mark Leahy shall file any further supplementary opposition/cross-motion for summary judgment fourteen (14) days following briefing by the Commonwealth.

**4.     Local Rule 16.1 Certifications**

   Local Rule 16.1(D)(3) Certificates to be filed separately.

3

| Respectfully submitted, | |
|---|---|
| THE PLAINTIFF | CHIEF OF POLICE OF THE TOWN OF NORTHBOROUGH |
| By his attorney, | /s/ Janelle M. Austin |
| /S/ J. STEVEN FOLEY<br>J. STEVEN FOLEY<br>LAW OFFICE OF J. STEVEN FOLEY<br>11 PLEASANT STREET, SUITE 100<br>WORCESTER, MA 02169<br>508-754-1041 | David J. Doneski (BBO# 546991)<br>Brian W. Riley (BBO# 555385)<br>Janelle M. Austin (BBO# 666835)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA 02110<br>(617) 556-0007<br>ddoneski@k-plaw.com<br>briley@k-plaw.com<br>jaustin@k-plaw.com |

CERTIFICATE OF SERVICE

I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

528686/NBOR/0147