COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

| | |
|---|---|
| ALFRED MORIN,<br><br>      Plaintiff<br>v.<br><br>MARK K. LEAHY, in his official capacity as<br>NORTHBOROUGH CHIEF OF POLICE,<br><br>      Defendant | DEFENDANT CHIEF OF POLICE<br>MARK K. LEAHY'S<br>L.R. 16.1(D)(3) CERTIFICATE |

      Now comes Defendant, Mark K. Leahy, Chief of Police of the Town of Northborough, and the undersigned counsel and hereby certify that we have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

MARK K. LEAHY

_/s/ Mark K. Leahy_____
Mark K. Leahy
Chief of Police
Town of Northborough

COUNSEL TO DEFENDANT, MARK K. LEAHY, Northborough Chief of Police

/s/ Janelle M. Austin
David J. Doneski (BBO# 546991)
Brian W. Riley (BBO# 555385)
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
briley@k-plaw.com
jaustin@k-plaw.com

CERTIFICATE OF SERVICE

    I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

528719/NBOR/0147