UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALFRED MORIN,<br><br>               Plaintiff,<br><br>               v.<br><br>MARK K. LEAHY, in his official capacity as<br>Northborough Chief of Police,<br><br>               Defendant,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>               Intervenor-Defendant. | CIVIL ACTION NO.<br>4:15-cv-40048 |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and authorized representative

for the Intervenor-Defendant, the Commonwealth of Massachusetts, hereby affirm that they have

conferred with a view to establishing a budget for the costs of conducting the litigation and to

consider the resolution of the litigation through the use of alternative dispute resolution programs

such as those outlined in Local Rule 16.4.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

Julia Kobick, BBO #680194
Assistant Attorney General
Government Bureau

Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2559
Julia.Kobick@state.ma.us


And by its authorized representative,


_____
Christopher K. Barry-Smith, BBO #565698
First Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108


DATED: August 21, 2015


## CERTIFICATE OF SERVICE

I, Julia Kobick, hereby certify that, this 25th day of August, 2015, I filed the foregoing motion through the Electronic Case Filing system and thus copies of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent, via first-class mail, to those indicated as non-registered participants.

/s/ Julia Kobick_____
Julia Kobick
Assistant Attorney General