COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, Alfred Morin, by and through undersigned counsel, and moves this Honorable Court for entry of a summary judgment in his favor and against Defendants pursuant to Fed. R. Civ. Proc. 56.

Plaintiff moves for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendants have violated Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

The motion is made based upon the attached memorandum of points and authorities, exhibits, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

Dated: December 18, 2015

                                                  Alfred Morin,
                                                By His Attorney,

                                                <u>/s/ J. Steven Foley</u>
                                                J. Steven Foley
                                                11 Pleasant St #100
                                                Worcester MA 01609

BBO: 685741
508-754-1041
508-739-4051 (fax)
JSteven@attorneyfoley.com

CERTIFICATE OF SERVICE

I, J. Steven Foley, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: December 18, 2015 /s/ J. Steven Foley
J. Steven Foley