Mark K. Leahy
Chief of Police

211 Main Street
Northborough, MA 01532-1625
Voice: (508) 393-1515 Fax: (508) 393-1521
www.town.northborough.ma.us/nbpd.htm

# *Northborough Police Department*

04/29/2008

ALFRED L MORIN
17 COLD HARBOR DR
NORTHBOROUGH, MA 01532

Denial of LTC

Dear Mr. MORIN:

Please be advised that your application for a license to carry (LTC) firearms, pursuant to the provisions of M.G.L. c. 140, § 131, is hereby: ✓ denied

The reason(s) for this denial is:

✓ you have been convicted as an adult or adjudicated a youthful offender or delinquent child, in the Commonwealth or any other state or federal jurisdiction for the commission of:

- ✓ a violation of any law regulating the use, possession, ownership, transfer, purchase, sale, lease, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed;

As a result of this denial you shall, in accordance with M.G.L. c. 140, § 129D, without delay, deliver or surrender to the licensing authority where you reside your licenses to carry, and all firearms, large capacity feeding devices, rifles, shotguns and ammunition which you have in your possession, or which are owned by you. Failure to do so is a criminal offense. These items may be transferred from you to a licensed dealer, or to another person who may lawfully take possession of such items, but only after said items are surrendered to the licensing authority.

You have the right to appeal this decision within 90 days to the District Court with appropriate jurisdiction. Please contact us at any time if you have any questions concerning this matter.

Sincerely,

Chief Mark K Leahy

MARK K. LEAHY
CHIEF

cc: Commissioner of Probation,
One Ashburton Place, Room 405. Boston, MA 02108