COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

      Plaintiff

v.

MARK K. LEAHY, in his official capacity as
NORTHBOROUGH CHIEF OF POLICE,

      Defendant

**SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Alfred Morin, by and through undersigned counsel, and

submits his separate Statement of Material Facts as to which there is no genuine dispute in

support of his motion for summary judgment.

Dated: December 18, 2015

Alfred Morin,
By His Attorney,

/s/ J. Steven Foley
J. Steven Foley
11 Pleasant St #100
Worcester MA 01609
BBO: 685741
508-754-1041
508-739-4051 (fax)
JSteven@attorneyfoley.com

**SEPARATE STATEMENT OF MATERIAL FACTS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Alfred Morin contends there are no genuine issue about the following material facts:

| No. | Material Fact | Support for Material Fact |
|---|---|---|
| 1 | Dr. Morin is a business owner and employs over 45 people through two retail businesses. He received recognition awards and made many contributions to local schools, church organizations, and charitable organizations. He collected and passed on over $19,000 to the Jimmy Fund, over $2,000 to the American Cancer Society, and over $2,000 to the United Way. He served on several teacher and principal search committees as well as the Superintendent's Curriculum Review Committee for his local school systems and was a founding and charter member of the Educational Foundation for Northborough and Southborough schools. | Complaint ¶ 20 |
| 2 | Dr. Morin holds a PhD in Experimental Psychology | Complaint ¶ 5 |
| 3 | Dr. Morin has no criminal record, save for the single incident in the District of Columbia during his sixty-nine years | Complaint ¶ 21 |
| 4 | From about 1985 through 2008 Dr. Morin had a License to Carry Firearms ("LTC") issued by the Commonwealth of Massachusetts | Complaint ¶ 6 |
| 5 | It was Dr. Morin's habit to carry a Colt .380 pistol at all times | Complaint ¶ 7 |
| 6 | In October 2004 Dr. Morin drove from Massachusetts to Washington, DC to visit his daughter | Complaint ¶ 9 |
| 7 | Dr. Morin was not aware that his Massachusetts License to Carry Firearms was not recognized outside the Commonwealth of Massachusetts | Complaint ¶ 18 |
| 8 | Dr. Morin carried his Colt .380 during his trip to Washington D.C. | Complaint ¶ 10 |

| 9 | While entering a Smithsonian Museum in the District of Columbia, Dr. Morin noticed a sign banning firearms from the museum and approached a guard to check his pistol | Complaint ¶ 11 |
|---|---|---|
| 10 | The museum guards contacted the U.S. Park Police who arrested Dr. Morin and charged him with Carrying a Pistol without a License, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition | Complaint ¶ 12 |
| 11 | On February 18, 2015, Dr Morin submitted an application for a License to Carry Firearms to Defendant Leahy citing self-defense in the home as the reason for requesting the license | Complaint ¶ 23 |
| 12 | On February 19, 2015, Defendant Leahy wrote to Dr. Morin that he must deny the application as the 2004 conviction is a "mandatory disqualifier". | Complaint ¶ 24 |

## CERTIFICATE OF SERVICE

I, J. Steven Foley, Hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: December 18, 2015                         /s/ J. Steven Foley
                                                J. Steven Foley