UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br><br>Plaintiff,<br><br>v.<br><br>MARK K. LEAHY, in his official capacity as Northborough Chief of Police,<br><br>Defendant,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>Intervenor-Defendant. | CIVIL ACTION NO. 4:15-cv-40048 |

**THE INTERVENOR-DEFENDANT COMMONWEALTH OF MASSACHUSETTS'S CROSS-MOTION FOR SUMMARY JUDGMENT**

The intervenor-defendant Commonwealth of Massachusetts cross-moves for the entry of summary judgment in its favor.

The Commonwealth is entitled to judgment on the Plaintiff's claim challenging G.L. c. 140, § 131(d)(ii)(D) as inconsistent with the Second Amendment to the United States Constitution. Section 131(d)(ii)(D) disqualifies the Plaintiff from obtaining a license to carry concealed firearms because the Plaintiff was convicted in Washington D.C. of violating "law[s] regulating the . . . possession . . . of weapons or ammunition for which a term of imprisonment may be imposed." Because the Plaintiff is not among the "law-abiding, responsible citizens" protected by the Second Amendment, *District of Columbia v. Heller*, 554 U.S. 570, 635 (2008), his disqualification under Section 131(d)(ii)(D) does not implicate the Second Amendment. And even if it did, the application of Section 131(d)(ii)(D) to the Plaintiff would easily survive

1

constitutional scrutiny because it is substantially related to the Commonwealth's important interests in preventing crime and promoting public safety.

The Commonwealth is also entitled to judgment on any claim the Plaintiff asserts challenging the constitutionality of G.L. c. 140, §§ 129B(1)(i)(D), 129B(1)(ii)(D), and 131(d)(i)(D). Because the Plaintiff has failed to introduce any evidence that those statutes have operated in any way to restrict his ability to possess a firearm, he lacks standing to challenge the statutes.

As grounds for this motion, and in further support of this motion, the Commonwealth relies upon its Memorandum of the Commonwealth of Massachusetts in Support of Its Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

### REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), the Commonwealth requests a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ Julia Kobick
Julia Kobick (BBO #680194)
Assistant Attorney General
Government Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2559

DATED: January 22, 2016          Julia.Kobick@state.ma.us

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that on January 21, 2016, I conferred with counsel for the plaintiff, J. Steven Foley, and attempted in good faith to resolve or narrow the issues presented in the current motion.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2016.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General