UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br><br>Plaintiff,<br><br>v.<br><br>MARK K. LEAHY, in his official capacity as Northborough Chief of Police,<br><br>Defendant,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>Intervenor-Defendant. | CIVIL ACTION NO.<br>4:15-cv-40048 |

### THE COMMONWEALTH'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the Commonwealth of Massachusetts responds to the Plaintiff's Statement of Material Facts ("Plaintiff's Statement") as follows:

1. Paragraph 1 of the Plaintiff's Statement is unsupported by competent evidence.

2. Paragraph 2 of the Plaintiff's Statement is unsupported by competent evidence.

3. Paragraph 3 of the Plaintiff's Statement is unsupported by competent evidence.

4. Paragraph 4 of the Plaintiff's Statement is undisputed.

5. Paragraph 5 of the Plaintiff's Statement is undisputed.

6. Paragraph 6 of the Plaintiff's Statement is undisputed.

7. Paragraph 7 of the Plaintiff's Statement is undisputed.

8. Paragraph 8 of the Plaintiff's Statement is undisputed.

9. Paragraph 9 of the Plaintiff's Statement is undisputed.

10. Paragraph 10 of the Plaintiff's Statement is undisputed.

11. Paragraph 11 of the Plaintiff's Statement is undisputed.

12. Paragraph 12 of the Plaintiff's Statement is undisputed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | COMMONWEALTH OF MASSACHUSETTS, |
|  | By its attorney, |
|  | MAURA HEALEY<br>ATTORNEY GENERAL |
|  | /s/ Julia Kobick<br>Julia Kobick (BBO #680194)<br>Assistant Attorney General<br>Government Bureau<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108<br>(617) 963-2559 |
| Dated: January 22, 2016 | Julia.Kobick@state.ma.us |

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2016.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General