UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFRED MORIN,

    Plaintiff,

v.

MARK K. LEAHY, in his official capacity as Northborough Chief of Police,

    Defendant,

COMMONWEALTH OF MASSACHUSETTS,

    Intervenor-Defendant.

CIVIL ACTION NO.
4:15-cv-40048

**DECLARATION OF JULIA KOBICK IN SUPPORT OF
THE COMMONWEALTH'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Julia Kobick, hereby declare and state the following:

1. I am an Assistant Attorney General at the Massachusetts Office of the Attorney General and am a member in good standing of the Massachusetts bar. I represent the Commonwealth in this matter.

2. I make this declaration in support of the Commonwealth's Cross-Motion for Summary Judgment. Unless stated otherwise, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

3. Attached as Exhibit A is a true and correct copy of the Plaintiff's Answers to the Commonwealth of Massachusetts's Interrogatories.

4. Attached as Exhibit B is a true and correct copy of the Plaintiff's 2008 application to renew his Class A license to carry firearms.

5. Attached as Exhibit C is a true and correct copy of an email from Jody Quartarone to Bill Toomey, dated April 7, 2008, regarding the Plaintiff's 2008 application to renew his Class A license to carry firearms, as well as the result of an Automated Fingerprint Identification System check on the Plaintiff.

6. Attached as Exhibit D is a true and correct copy of the Plaintiff's 2015 application for a Class A license to carry firearms.

7. Attached as Exhibit E is a true and correct copy of a Judgment in the case of United States of America v. Alfred Morin, No. F6336-04, Superior Court of the District of Columbia, dated November 8, 2004.

8. Attached as Exhibit F is a true and correct copy of a letter from the Northborough Police Department to the Plaintiff dated April 29, 2008, denying the Plaintiff's application to renew his Class A license to carry firearms.

9. Attached as Exhibit G is a true and correct copy of a letter from the Northborough Police Department to the Plaintiff dated February 19, 2015, denying the Plaintiff's application for a Class A license to carry firearms.

10. Attached as Exhibit H is a true and correct copy of the following article: Garen J. Wintemute et al., *Prior Misdemeanor Convictions as a Risk Factor for Later Violent and Firearm-Related Criminal Activity Among Authorized Purchasers of Handguns*, 280 J. AM. MED. ASS'N 2083 (1998).

11. Attached as Exhibit I is a true and correct copy of the following article: Mona A. Wright et al., *Felonious or Violent Criminal Activity That Prohibits Gun Ownership Among Prior Purchasers of Handguns: Incidence and Risk Factors*, 69 J. TRAUMA 948 (2010).

12. Attached as Exhibit J is a true and correct copy of the following report: Bureau of Justice Statistics, U.S. Dep't of Justice, Fact Sheet: *Profile of Nonviolent Offenders Exiting State Prisons* (Oct. 2004), *available at* http://bjs.gov/content/pub/pdf/pnoesp.pdf.

13. Attached as Exhibit K is a true and correct copy of the following report: Bureau of Justice Statistics, U.S. Dep't of Justice, *Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to 2010* (Apr. 2014), *available at* http://www.bjs.gov/content/pub/pdf/rprts05p0510.pdf.

14. Attached as Exhibit L is a true and correct copy of excerpts from the following report: U.S. Govt. Accountability Office, STATES' LAWS AND REQUIREMENTS FOR CONCEALED CARRY PERMITS VARY ACROSS THE NATION (July 2012), *available at* http://www.gao.gov/assets/600/592552.pdf.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of January, 2016.

_____
Julia Kobick

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2016.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General