# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br><br>Plaintiff,<br><br>v.<br><br>MARK K. LEAHY, in his official capacity as Northborough Chief of Police,<br><br>Defendant. | CIVIL ACTION NO. 4:15-cv-40048 |

**PLAINTIFF ALFRED L. MORIN'S ANSWERS TO INTERVENOR-DEFENDANT COMMONWEALTH OF MASSACHUSETTS'S INTERROGATORIES PROPOUNDED TO THE PLAINTIFF**

**ANSWERS TO INTERROGATORIES**

**Answer No. 1:**

State the full name, residential address, occupation, title and employer of the person signing the responses to these interrogatories.

    Name:     Alfred L. Morin

    Address:  17 Cold Harbor Drive, Northborough MA

    Occupation:  Restauranteur

    Employer:  Self

**Interrogatory No. 2:**

Identify all States that have ever granted you a license or permit to carry a firearm, and the years in which each license or permit was in effect.

I had a license to carry firearms issued by the Commonwealth of Massachusetts from approximately 1985 until 2008. I have never applied for, nor been issued a license or permit to carry a firearms in any other jurisdiction.

**Interrogatory No. 3:**

Identify all States in which you held a license or permit to carry a firearm in October 2004, when you traveled between Massachusetts and Washington, D.C.

In October 2008 I held a license to carry a firearm issued by the Commonwealth of Massachusetts.

**Interrogatory No. 4:**

Identify all States in which you have ever had a license or permit to carry a firearm revoked or suspended, and the reason for each revocation or suspension.

I have never had a license or permit to carry a firearms revoked or suspended.

**Interrogatory No. 5:**

Identify the make and model of all firearms you carried with you when you traveled between Massachusetts and Washington, D.C., in October 2004.

The firearm I carried when I traveled from Massachusetts to Washington D.C. in 2004 was a Colt Pocket Lite.

**Interrogatory No. 6:**

State whether you carried ammunition with you when you traveled between Massachusetts and Washington, D.C., in October 2004.

I carried five rounds of .380 ammunition when I drove from Massachusetts to Washington D.C. in October 2004.

**Interrogatory No. 7:**

State whether the firearm you carried into a Smithsonian Museum in Washington, D.C., in October 2004 was loaded with ammunition.

The above mentioned firearm was loaded with five rounds of .380 ammunition when I was instructed by the security guard to accompany him inside the Smithsonian Museum.

**Interrogatory No. 8:**

Identify the statutes that the District of Columbia charged you with violating for carrying a firearm into a Smithsonian Museum in Washington, D.C.

I was charged with:

> Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code, Section 4504(a) (2001 ed.)
>
> Possession Of Unregistered Firearm in violation of 7 D.C. Code, Section 2502.01 (2001 ed.)
>
> Unlawful Possession of Ammunition, in violation of 7 D.C. Code, Section 2506.03(3)(2001 ed.)

**Interrogatory No. 9:**

Identify the statutes to which you pleaded guilty for carrying a firearm into a Smithsonian Museum in Washington, D.C.

Unregistered Firearms 6-2376

Attempt Carrying a Pistol w/o a License 22-3204(a)(1)

Signed under the pains and penalties of perjury this 14th day of November, 2015

_____
Alfred L. Morin

AS TO OBJECTIONS

_____
J. Steven Foley
BBO: 685741
11 Pleasant St #100
Worcester MA 01609
508-754-1041
Jsteven@attorneyfoley.com