# Exhibit B



## The Commonwealth of Massachusetts
## Criminal History Systems Board
Firearms Record Bureau
200 Arlington Street, Suite 2200
Chelsea, MA 02150

FTN: _____

LIC #: _____

## Application
**FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR
LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN
(MGL C.140, s.129B AND s.131)**

### Please Check One

- New Applicant
- ☑ Renewal - Most Recent License to Carry/FID Number: **12001407A**
  Issued from Which City/Town? **NORTHBOROUGH** MA   Expiration Date: **02/09/2008**

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

### Please Check the Type of License for Which You are Applying
(Please Check Only One)

- Firearms Identification Card - Restricted (mace and pepper spray)
- Firearms Identification Card
- Class B License to Carry - Non-Large Capacity
- ☑ Class A License to Carry - Large Capacity
- License to Possess a Machine Gun
- Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.

**NORTHBOROUGH POLICE APPROVED**

FEB 19 2008

Mark K. Leahy, Chief of Police

☐ FID   ☑ LTC-A   ☐ VENDOR
☐ FID/R   ☐ LTC-B

### Except for Signature, Print or Type all Requested Information

| | | | |
|---|---|---|---|
| **MARIN** | **ALFRED** | **L.** | |
| Last Name | First Name | Middle Name | Suffix |

**17 COLD HARBUR DR,** NORTHBORO, MA 01532   508.393.6968
Residential Address    City    State   Zip Code   Telephone Number

_____   _____   _____   _____   _____
Gun Club Address (If Applicable)   City   State   Zip Code   Telephone Number

**02/09/1946   BOSTON**
Date of Birth   Place of Birth

**PATRICIA   SULLIVAN   ALFRED   MARIN**
Mother's First Name   Mother's Maiden Name   Father's First Name   Father's Last Name

**5'10   194**   _____   _____   **BRN**   **BRN**
Height   Weight   Build   Complexion   Hair Color   Eye Color

**OWNER/OPERATOR**   _____   **571124690**
Occupation   Social Security Number (Optional)   Drivers License Number

**METRO WEST GROUP**   **ABOVE**
Employed By   Business Address

_____   _____   _____   _____
City/Town   State   Zip   Telephone Number

17:55 02/18/08

Form FA-25/26

3/11   1PM

Page - 1 of 3

**Please Answer the Following Questions Completely and Accurately**

1. Are you a citizen of the United States?    **YES**

   If naturalized give date, place
   and naturalization number

   | Date | Place | Naturalization No. |
   | --- | --- | --- |

2. Have you ever used or been known by another name?    **NO**

   If yes, provide name and explain: _____

   _____

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card.    **62**

4. Have you ever been convicted of a felony?    **NO**

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1?    **NO**

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year?    **NO**

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140.s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL.94C?    **NO**

8. Have you ever been confined to any hospital or institution for mental illness?    **NO**

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness?    **NO**

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)?    **NO**

11. Are you now under any charge(s) for any offense(s) against the law?    **NO**

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge?    **NO**

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied?    **NO**

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction?    **NO**

**If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location**

_____

_____

_____

_____

Other than Massachusetts, in what state, territory or jurisdiction have you resided? _____

_____

Have you ever held a License to Carry in any other state, territory or jurisdiction?   *NO*

If "YES", when, where and license number? _____

**List the Name and Addresses of Two References**

1. Last Name **YANG**   First Name **GREG**
Address **5 CHARINA DR., NORTHBORO, MA** State Zip **01532**

2. Last Name **LOCKWOOD**   First Name **PHIL**
Address **11 KENDALL DR., NORTHBORO, MA** State Zip **01532**

Reason(s) for requesting the issuance of a card or license: **ALL LAWFUL PURPOSES**

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (MGL c.140, s.131).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my License to Carry Firearms and may be used in a criminal proceeding pursuant to Massachusetts General Law Chapter 140, Section 129 and 131.

Signed under the penalties of perjury this **17** day of **FEBRUARY 2008**

Signature of Applicant: _____

## ACKNOWLEDGEMENT OF LIMITS ON THE USE OF DEADLY FORCE

In accordance with the authority granted by Mass General Laws, Chapter 140 S131, the licensing authority of the Town of Northborough has determined that every licensee shall be familiar with the legal limits on the use of deadly force under the laws of the Commonwealth of Massachusetts. Accordingly, all such applicants are required to read this memorandum and sign below certifying that they have read it. The applicant or licensee shall be given a copy of this memorandum at no charge.

### I.    DEADLY FORCE BY CITIZEN IN ARRESTING A FELON

The use of deadly force is not justified unless **1)** the arrest is for a felony and **2)** the person effecting the arrest is authorized to act as a peace officer or is assisting a person whom he believes to be authorized to act as a peace officer and **3)** the actor reasonably believes that the force employed creates no substantial risk to innocent persons; and **4)** The actor reasonably believes that (a) the crime for which the arrest is made involved conduct including the use or threatened use of deadly force; and (b) there is a substantial risk that the person to be arrested will cause death or serious bodily harm if his apprehension is delayed.

### II.    DEADLY FORCE IN SELF-DEFENSE OR DEFENSE OF OTHERS

#### A.  General Rule

Before a person may resort to deadly force he must **1)** have reasonable grounds to believe and believe that he is in imminent danger of death or serious bodily injury from which he can save himself of all proper means to avoid physical combat before resorting to the use of deadly force and **2)** use no more force than is reasonably necessary in all circumstances of the case.

#### B.  Aiding a Third Party

A person may resort to deadly force to aid a third party when (a) a reasonable person in the actor's position believes that it is necessary to intervene to protect the third party and (b) in the circumstances as that reasonable person would believe them to be, the third party would be justified in using deadly force to protect himself. The reasonableness of the belief may depend in part on the relationship between the parties.

#### C.  In a Dwelling House

In the prosecution of a person who is an occupant of a dwelling charged with killing or injuring one who was unlawfully in said dwelling, it shall be a defense that the occupant was in his dwelling at the time of the offense and the he acted in the reasonable belief that the person unlawfully in said dwelling was about to inflict great bodily injury or death upon said occupant or upon another person lawfully in said dwelling and that said occupant used reasonable means to defend himself or such other person lawfully in said dwelling. There shall be no duty on said occupant to retreat from such person unlawfully in said dwelling.

**I CERTIFY THAT I HAVE READ THE ABOVE MEMORANDUM ON THE LIMITS OF THE USE OF DEADLY FORCE**

SIGNATURE: _____  DATE: 02/18/08

WITNESS: _____  DATE: 02/18/08