# Exhibit C

**Bill Toomey**

From: Quartarone, Jody (CHS) [Jody.Quartarone@state.ma.us]
Sent: Monday, April 07, 2008 12:52 PM
To: Bill Toomey
Subject: RETURN OF MIRCS LICENSE

Good Afternoon,

Please be advised that the following application is being sent back to "pending by LO" from "approved, pending activation by FRB."

It appears that Mr. Morin may have a conviction for an unregistered firearm in the District of Columbia which is punishable by up to one year and therefore is a disqualifier for a LTC. Please advise.

MORIN, ALFRED L                           DOB: 02/09/1946

| Application Type: **Renewal** | License Type: **Resident Class A Large Capacity License to Carry Firearms** | License No.: **12187830A** | License St Pending A |

Jody Quartarone
Firearms Support Services
Criminal History Systems Board
200 Arlington Street, Suite 2200
Chelsea, MA 02150
(617) 660-4734

4/7/2008



Deval L. Patrick
*GOVERNOR*

Timothy P. Murray
*LIEUTENANT GOVERNOR*

Kevin M. Burke
*SECRETARY*

Colonel Mark Delaney
*SUPERINTENDENT*

# The Commonwealth of Massachusetts

## Department of State Police

59 Horse Pond Road
Sudbury, Massachusetts 01776
Telephone (508) 358-3179
Saturday, April 12, 2008

Dear Contributor:

The State Police Identification Section has completed its Automated Fingerprint Identification System (AFIS) fingerprint check on the following individual, whose applicant fingerprint card was submitted to the Colonel of the State Police pursuant to the firearms licensing statute Chap.140, Sec.129B or Chap. 140, Sec.131. Search results in the AFIS computer, on:

**NORTHBORO**

| **MORIN** | **ALFRED** | **FNOO10086551A** | **FNOO12187830A** |

**Indicates potentially disqualifying information** on file with the State Police Identification Section at Sudbury. We have attached copies of the relevant documents on file, for your consideration in your licensing decision regarding the referenced applicant.

Deborah Rebeiro, Lieutenant
Massachusetts State Police
Identification Section

```
                    UNITED STATES DEPARTMENT OF JUSTICE
                       FEDERAL BUREAU OF INVESTIGATION
                  CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                            CLARKSBURG, WV  26306


MA0143300                                   ICN E20080950000000105764
PART 2

              - FBI IDENTIFICATION RECORD - FBI NO-488468FC6

1-ARRESTED OR RECEIVED 2004/10/09
    AGENCY-POLICE DEPARTMENT WASHINGTON (DCMPD0000)
      AGENCY CASE-008010039765
      CHARGE 1-CARRY PISTOL W/O A LICENSE 1ST OFFENSE
      CHARGE 2-UNREGISTERED AMMUNITION
      CHARGE 3-UNREGISTERED FIREARM

    COURT-
      CHARGE-CARRYING PISTOL W/O A LICENSE
      SENTENCE-
      / UNABLE TO ASSOCIATE DISPOSITION WITH CHARGE
      CHARGE-UNREGISTERED AMMUNITION
      SENTENCE-
      / UNABLE TO ASSOCIATE DISPOSITION WITH CHARGE
      CHARGE-UNREGISTERED FIREARM
      SENTENCE-
      11/8/04 SENTENCE 60 DAYS / UNABLE TO ASSOCIATE DISPOSITION WITH
      CHARGE

RECORD UPDATED 2008/04/04
```

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.