# Exhibit D



**The Commonwealth of Massachusetts**
**Criminal History Systems Board**
Firearms Record Bureau
200 Arlington Street, Suite 2200
Chelsea, MA 02150

FTN: _____
LIC #: _____

**Application**
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR
LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN
(MGL C.140, s.129B AND s.131)

**Please Check One**

☐ New Applicant
☑ Renewal - Most Recent License to Carry/FID Number: __12001407A__
   Issued from Which City/Town? __NORTHBOROUGH__ MA   Expiration Date: __2/09/2008__

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

**Please Check the Type of License for Which You are Applying**
(Please Check Only One)

☐ Firearms Identification Card - Restricted (mace and pepper spray)
☐ Firearms Identification Card
☐ Class B License to Carry - Non-Large Capacity
☑ Class A License to Carry - Large Capacity
☐ License to Possess a Machine Gun
☐ Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.

**DENIED**
**02-19-2015**

**Except for Signature, Print or Type all Requested Information**

Last Name: __MORIN__   First Name: __ALFRED__   Middle Name: __LAWRENCE__   Suffix: ____
Residential Address: __17 COLD HARBOR DR.__  City: __NORTHBOROUGH__  State: __MA__  Zip Code: __01532__  Telephone Number: __774.258.0021__

Gun Club Address (If Applicable) ____  City ____  State ____  Zip Code ____  Telephone Number ____

Date of Birth: __02/09/46__   Place of Birth: __BOSTON, MA__
Mother's First Name: __PATRICIA__   Mother's Maiden Name: __SULLIVAN__   Father's First Name: __ALFRED__   Father's Last Name: __MORIN__
Height: __5'10"__   Weight: __170__   Build: ____   Complexion: ____   Hair Color: __BROWN__   Eye Color: __BROWN__
Occupation: __RESTAURATEUR__   Social Security Number (Optional): ____   Drivers License Number: __S71124690__
Employed By: __METROWEST GROUP__   Business Address: __17 COLD HARBOR DR.__
City/Town: __NORTHBOROUGH__   State: __MA__   Zip: __01532__   Telephone Number: __508.393.6968__

Form FA-25/26

Page - 1 of 3

FEB 18 PM 3:41

**Please Answer the Following Questions Completely and Accurately**

1. Are you a citizen of the United States? — **YES**

   If naturalized give date, place and naturalization number

   Date _____ Place _____ Naturalization No. _____

2. Have you ever used or been known by another name? — **YES**

   If yes, provide name and explain: **ALFRED L. MORIN, JR. (DROPPED "JR" AFTER FATHER DIED)**

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card. — **69**

4. Have you ever been convicted of a felony? — **NO**

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1? — **NO**

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year? — **NO**

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140.s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL 94C? — **YES**

8. Have you ever been confined to any hospital or institution for mental illness? — **NO**

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness? — **NO**

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)? — **NO**

11. Are you now under any charge(s) for any offense(s) against the law? — **NO**

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge? — **NO**

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied? — **YES**

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? — **NO**

**If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location**

QUESTION 7(d) PLEASE SEE ATTACHMENT

QUESTION 13        4/29/08
                   NORTHBOROUGH, MA

Other than Massachusetts, in what state, territory or jurisdiction have you resided?   IN / FL

Have you ever held a License to Carry in any other state, territory or jurisdiction?   No

If "YES", when, where and license number? _____

**List the Name and Addresses of Two References**

1. MORIN, BARRY
   Last Name / First Name
   271 EDMANDS DR., FRAMINGHAM, MA 01701
   Address / City/Town / State / Zip

2. LOCKWOOD, PHILLIP
   Last Name / First Name
   11 KENDALL DR., NORTHBOROUGH, MA 01532
   Address / City/Town / State / Zip

Reason(s) for requesting the issuance of a card or license: SELF DEFENSE IN THE HOME

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction, or by both such fine and imprisonment (MGL c.140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer(s) will be just cause for denial or revocation of my license to carry firearms.

Signed under the penalties of perjury this  12  day of  FEBRUARY  2015
                                            day              month    year

Signature of Applicant: _____

Question 7, (d)

On Friday, October 8, 2004 my wife and younger daughter and I packed up the car to drive to DC for "Parent's Weekend" to visit my older daughter who had just started at Catholic University of America. As had been my custom, I took along my concealed handgun. I incorrectly believed that firearm licenses, like drivers licenses, were recognized throughout the United States

On October 9, 2004, as we were standing in line to enter the American Museum of Natural History I noticed that they were passing people through metal detectors. A security guard came outside to inform people without bags that they could use a quicker line at a different door so I went up to her and told her that I had a weapon for which I had a license and I would be happy to check it with her or not visit the museum — whichever she preferred. She took me inside, around the metal detectors and over to her station and when I showed her my LTC from Massachusetts she seemed puzzled and called her supervisor. The Museum Head of Security arrived with a Park Policeman and when he saw what the situation was he stood there for a few minutes discussing the situation with the Policeman and the Guard. Then he announced to me that it was a crime to enter a Federal Building with a weapon. I tried to explain to him that I had not entered the building on my own or tried to sneak a weapon through security but had been invited inside by the security guard. He then called in an intrusion alarm to the Capital Police.

I was arrested and brought to the station. They didn't bother closing the door of the cell. Eventually they transferred me to the Central Cell Block in D.C. where I spent the following 48 hours.

In the end, I pled guilty to:

- Unregistered Firearm              6-2376              10/09/2004
- Attempt Carrying a Pistol w/o a License    22-3204 (a) (1)    10/09/2004

## ACKNOWLEDGEMENT OF LIMITS ON THE USE OF DEADLY FORCE

In accordance with the authority granted by Mass General Laws, Chapter 140 S131, the licensing authority of the Town of Northborough has determined that every licensee shall be familiar with the legal limits on the use of deadly force under the laws of the Commonwealth of Massachusetts. Accordingly, all such applicants are required to read this memorandum and sign below certifying that they have read it. The applicant or licensee shall be given a copy of this memorandum at no charge.

I.    DEADLY FORCE BY CITIZEN IN ARRESTING A FELON

The use of deadly force is not justified unless **1)** the arrest is for a felony and **2)** the person effecting the arrest is authorized to act as a peace officer or is assisting a person whom he believes to be authorized to act as a peace officer and **3)** the actor reasonably believes that the force employed creates no substantial risk to innocent persons; and **4)** The actor reasonably believes that (a) the crime for which the arrest is made involved conduct including the use or threatened use of deadly force; and (b) there is a substantial risk that the person to be arrested will cause death or serious bodily harm if his apprehension is delayed.

II.   DEADLY FORCE IN SELF-DEFENSE OR DEFENSE OF OTHERS

A. General Rule

Before a person may resort to deadly force he must **1)** have reasonable grounds to believe and actually believe that he is in imminent danger of death or serious bodily injury harm, from which he can save himself only by using deadly force. **2)** avail himself of all proper means to avoid physical combat before resorting to the use of deadly force, and **3)** use no more force than is reasonably necessary in all circumstances.

B. Aiding a Third Party

A person may resort to deadly force to aid a third party when (a) a reasonable person in the actor's position believes that it is necessary to intervene to protect the third party and (b) in the circumstances as that reasonable person would believe them to be, the third party would be justified in using deadly force to protect himself. The reasonableness of the belief may depend in part on the relationship between the parties.

C. In a Dwelling House

In the prosecution of a person who is an occupant of a dwelling charged with killing or injuring one who was unlawfully in said dwelling, it shall be a defense that the occupant was in his dwelling at the time of the offense and the he acted in the reasonable belief that the person unlawfully in said dwelling was about to inflict great bodily injury or death upon said occupant or upon another person lawfully in said dwelling and that said occupant used reasonable means to defend himself or such other person lawfully in said dwelling. There shall be no duty on said occupant to retreat from such person unlawfully in said dwelling.

I CERTIFY THAT I HAVE READ THE ABOVE MEMORANDUM ON THE LIMITS OF THE USE OF DEADLY FORCE

SIGNATURE: _____  DATE: 2/08/2015

WITNESS: _____  DATE: 2/08/2015

Subject Description

FBI Number
488468FC6

Sex                         Race
Male                        Black

Height                      Weight                          Date of Birth
5'11"                       195                             1946-02-09

Hair Color                  Eye Color
Gray Or Partially Gray      Brown


Place of Birth              Citizenship
Massachusetts               United States


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CRIMINAL HISTORY  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

=========================== Cycle 001 ===========================
Earliest Event Date     2004-10-09
----------------------------------------------------------------

Arrest Date             2004-10-09
Arrest Case Number      008010039765
Arresting Agency        DCMPD0000 POLICE DEPARTMENT
     Charge Literal     CARRY PISTOL W/O A LICENSE 1ST OFFENSE
          Severity      Unknown
     Charge Literal     UNREGISTERED AMMUNITION
          Severity      Unknown
     Charge Literal     UNREGISTERED FIREARM
          Severity      Unknown

----------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Case Number
Court Agency
     Charge Literal     CARRYING PISTOL W/O A LICENSE
   Charge Description   Charge Severity:Unknown
          Disposition   ( / UNABLE TO ASSOCIATE DISPOSITION WITH CHARGE)
     Charge Literal     UNREGISTERED AMMUNITION
   Charge Description   Charge Severity:Unknown
          Disposition   ( / UNABLE TO ASSOCIATE DISPOSITION WITH CHARGE)
     Charge Literal     UNREGISTERED FIREARM
   Charge Description   Charge Severity:Unknown
          Disposition   ( 11/8/04 SENTENCE 60 DAYS / UNABLE TO
                        ASSOCIATE DISPOSITION WITH CHARGE)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  INDEX OF AGENCIES  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Agency                  POLICE DEPARTMENT; DCMPD0000;


                       * * * END OF RECORD * * *