UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as Northborough Chief of Police

    Defendant

And

THE COMMONWEALTH OF MASSACHUSETTS

    Intervenor Defendant

DEFENDANT MARK K. LEAHY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SAID DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

    Now come the defendant, Town of Northborough Police Chief Mark K. Leahy, and hereby opposes plaintiff's motion for summary judgment and moves, pursuant to Fed.R.Civ.P. 56, for summary judgment on all claims against him in the above-captioned action.

    As grounds therefore, Chief Leahy states that there exists no genuine issue as to any material fact, and that he is entitled to judgment in his favor as a matter of law, because he, acting in his official capacity as the local firearms licensing authority, did not cause a violation of plaintiff Alfred Morin's constitutional rights through a municipal custom and policy so as to justify relief pursuant to 42 U.S.C. §1983 in accord with the Supreme Court's holding in <u>Monell</u> v. <u>Department of Social Services</u>, 436 U.S. 658 (1978), including for declaratory and injunctive relief.

    As further grounds therefore, Chief Leahy relies on his supporting Memorandum of Law filed contemporaneously herewith.

WHEREFORE, defendant, Town of Northborough Chief of Police, respectfully requests that this Court deny the plaintiff's motion for summary judgment and enter judgment in his favor on all claims in the Complaint.

DEFENDANT,

MARK K. LEAHY, Chief of the Town of Northborough Department of Police

By their attorneys,

/s/ Janelle M. Austin
Brian W. Riley (BBO# 555385)
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
briley@k-plaw.com
jaustin@k-plaw.com

CERTIFICATE OF SERVICE

I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

547625/NBOR/0147