COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as NORTHBOROUGH CHIEF OF POLICE,

    Defendant

**PLAINTIFF'S OPPOSITION TO DEFENDANT COMMONWEALTH OF MASSACHUSETTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff, Dr. Alfred Morin, and hereby opposes Defendant/Intervenor Commonwealth of Massachusetts' cross-motion for summary judgment.

As grounds therefore, Dr. Morin relies on his supporting Memorandum of Points and Authorities filed with this document.

Dated: February 12, 2016

    Alfred Morin,
    By His Attorney,

    /s/ J. Steven Foley
    J. Steven Foley
    11 Pleasant St #100
    Worcester MA 01609
    BBO: 685741
    508-754-1041
    508-739-4051 (fax)
    JSteven@attorneyfoley.com

CERTIFICATE OF SERVICE

I, J. Steven Foley, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: February 12, 2016  /s/ J. Steven Foley
J. Steven Foley