# SWORN DECLARATION OF DR. ALFRED MORIN

1. My name is Alfred Morin and I am seventy years old, live in Northborough Massachusetts, and am knowledgeable about the matters sworn to in his statement.

2. I am a business owner and employ over 45 people through two retail businesses.

3. I have received recognition awards and made many contributions to local schools, church organizations, and charitable organizations.

4. I have collected and passed on over $19,000 to the Jimmy Fund, over $2,000 to the American Cancer Society, and over $2,000 to the United Way.

5. I have served on several teacher and principal search committees as continue to serve on the Superintendent's Curriculum Review Committee for my local school system and was a founding and charter member of the Educational Foundation for Northborough and Southborough Schools.

6. I consider myself an outstanding, responsible United States Citizen. I hold a PhD in Experimental Psychology and have no criminal record, save for the single incident in the District of Columbia.

7. I applied for, and received a license to carry firearms for all lawful purposes in 1985. My habit was to carry a loaded handgun, in a holster, strapped to my ankle. I continued with this habit consistently between 1985 and 2004.

8. In 2004, I visited Washington D.C. I was under the incorrect belief that my license to carry firearms was good throughout the United States, just like my license to drive an automobile. Because of this incorrect belief, I carried my loaded handgun, in my holster, strapped to my ankle, while visiting Washington D.C. When I approached the entrance to a Smithsonian Museum, I noticed a sign prohibiting weapons. I approached an employee, informed her that I was carrying a handgun, and asked if there was a place I could check the weapon. The security guard instructed me to follow her inside, where I was arrested.

9. I am not a lawyer or a constitutional scholar. In 2008 I filled out the application without the assistance of an attorney. I made an error and did not fill out the form correctly. I had no intent to deceive anyone or violate any laws.

10. In 2008 I did not consult with an attorney prior to submitting my 2008 LTC application. I did so in 2015, when I answered the question correctly about the 2004 episode.

11. When the gun 1998 control law came out, I carefully read the entire thing and do not recall reading that a Massachusetts License is only valid in Massachusetts. I had no knowledge that my license was invalid outside Mass, and do not know how I could have learned that.

12. Save for minor traffic infractions, I have not been convicted of any crimes other than the sole conviction at dispute in this case. I acknowledge that this was a serious offense, and that doing so involved a lack of knowledge on my part. I never "sought" to enter a federal building with a firearm. I intended to visit a museum. I did not knowingly "falsely" answer on the 2008 application; I incorrectly answered the question.

**SWORN TO UNDER THE PAINS AND PENALTIES OF PERURY.**

DATE: 2/11/2016

Dr. Alfred Morin