COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

DOCKET NO. 4:15-CV-40048-TSH

ALFRED MORIN,

    Plaintiff

v.

MARK K. LEAHY, in his official capacity as
NORTHBOROUGH CHIEF OF POLICE,

    Defendant

**PLAINTIFF'S RESPONSE TO DEFENDANT/INTEVENOR COMMONWEALTH OF MASSACHUSETTS' STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1**

    Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the Plaintiff responds to the Defendant/Intervenor Commonwealth of Massachusetts' Statement of Material Facts ("Statement") as follows:

    Paragraphs 1 through 10 of the Statement are undisputed.

Dated: February 12, 2016

                                        Alfred Morin,
                                        By His Attorney,

                                        <u>/s/ J. Steven Foley</u>
                                        J. Steven Foley
                                        11 Pleasant St #100
                                        Worcester MA 01609
                                        BBO: 685741
                                        508-754-1041
                                        508-739-4051 (fax)
                                        JSteven@attorneyfoley.com

CERTIFICATE OF SERVICE

I, J. Steven Foley, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: February 12, 2016                               /s/ J. Steven Foley
                                                      J. Steven Foley