UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Morin,**

                  **Plaintiff,**

     V.                                    CIVIL ACTION

                                            NO. 15-40048-TSH

**Leahy, et al.,**

                  **Defendants,**

## JUDGMENT

**HILLMAN, D. J.**

In accordance with the Court's Memorandum and Order dated 5/18/16, granting defendants' motions for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the   **Defendants**

                                          By the Court,

    **5/18/16**                                     **/s/ Martin Castles**
      Date                                            Deputy Clerk