IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED MORIN,<br>    Plaintiff,<br><br>v.<br><br>MARK K. LEAHY,<br>*in his official capacity as*<br>Northborough Chief of Police,<br>    Defendant. | Civil Action Number<br>4:15-cv-40048 |

NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Alfred Morin, hereby appeals to the United States Court of Appeals for the First Circuit from the Entry of Judgment for the Defendants entered on May 18, 2016.

July 1, 2016

    Respectfully submitted,
    Alfred L. Morin,

    By his attorney,

    <u>/s/ J. Steven Foley</u>
    J. Steven Foley
    BBO # 685741
    Law Office of J. Steven Foley
    100 Pleasant Street #100
    Worcester, MA 01609
    Tel: 508-754-1041
    Fax: 508-739-4051
    JSteven@attorneyfoley.com