**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Morin v. Leahy

District Court Number: 15cv40048-TSH

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_     Sealed documents Yes ____ No _X_
If yes, document # _____     If yes, document # _____

*Ex parte* documents Yes ____ No _X_     Transcripts Yes ____ No _X_
If yes, document # _____     If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#41 Memorandum and Order, #42 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#41, #42, and #47

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 47 filed on July 1, 2016.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2016.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**